JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE C. P., | Case No. 2:17-cv-05042-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Deputy Commissioner of Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: June 22, 2018

_Karen E. Scott_
KAREN E. SCOTT
United States Magistrate Judge